UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHNNEY A. HEDGE,<br><br>            Defendant. | Case No. 2:21-cr-00317-GMN-NJK<br><br>**Order**<br><br>[Docket No. 29] |

    This matter is before the Court on Motion for Preparation of a Pre-Plea Presentence Report. Upon review and consideration, the Court finds good cause to grant the request. Accordingly,

    **IT IS HEREBY ORDERED** that the Motion for Preparation of a Pre-Plea Presentence Report is **granted**.

    **IT IS FURTHER ORDERED** that the Department of Parole & Probation will conduct a pre-plea sentencing investigation and prepare a report on Defendant.

Dated: September 13, 2022

                                                                 _____<br>
                                                                     United States Magistrate Judge