RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Johnny A. Hedge

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNNEY A. HEDGE,<br><br>        Defendant. | Case No. 2:21-cr-00317-GMN-NJK-1<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Johnney A. Hedge, that the change of plea hearing scheduled for February 14, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Defendant has a corresponding state case and counsel needs additional time to continue coordinating with Mr. Hedge's state counsel.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

1     This is the first stipulation to continue filed herein.

2     DATED this 7th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNEY A. HEDGE,<br><br>    Defendant. | Case No. 2:21-cr-00317-GMN-NJK-1<br><br>ORDER |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for February 14, 2023, at the hour of 2:00 p.m., be vacated and continued to March 14, 2023 at the hour of 2:00 p.m.

DATED this  8  day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE