RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Johnney A. Hedge

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JOHNNEY A. HEDGE,<br><br>       Defendant. | Case No. 2:21-cr-00317-GMN-NJK-1<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Johnney A. Hedge, that the sentencing hearing currently scheduled for June 13, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days.

    The Stipulation is entered into for the following reasons:

    1.    Undersigned defense counsel is currently in trial and due to a separate scheduling conflict, needs additional time to research information to be

presented in the Pre-sentence Investigation Report, make any necessary objections, and prepare possible mitigation information, prior to proceeding with the sentencing hearing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 10th day of May, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHNNEY A. HEDGE,<br><br>            Defendant. | Case No. 2:21-cr-00317-GMN-NJK-1<br><br>**ORDER** |

The best interest of justice being served and all parties being in agreement:

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for June 13, 2023, at 11:00 a.m., be vacated and continued to  August 8, 2023  at the hour of  9:00 AM .

DATED this  10  day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

3